| 166P11-3 | State v. Haiber Montehermoso | 1. Def's *Pro Se* Motion for NOA (COAP14-723) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as Moot |
| 170P14 | State v. Shawn Rondel Bailey | 1. State's Motion for Temporary Stay (COA13-1320) | 1. Allowed **06/05/2014** Dissolved **12/18/2014** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 175P14 | State v. Dexter Eugene Rucker | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COA09-1389) | Denied |
| 180P14 | In Re: Petition of Joseph Jemsek, Jemsek, M.D., License No: 23386, Petitioner, Before the North Carolina Medical Board | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA13-801) | Denied |
| 186PA14 | In the Matter of: R.R.N. | 1. Guardian *ad Litem's* Motion for Extension of Time to File Brief | 1. Allowed **10/10/2014** |
| | | 2. Respondent Mother's Motion to Have Guardian *ad Litem* Declared an Appellant | 2. Denied **10/10/2014** |
| 186PA14 | In the Matter of: R.R.N. | 1. Guardian *ad Litem's* Motion to Deem Brief Timely Filed | 1. Allowed |
| | | 2. Respondent-Mother's Motion to File Brief in Response to Guardian *ad Litem's* Brief | 2. Denied |
| | | 3. Respondent-Mother's Motion to Have Guardian *ad Litem* Declared an Appellant for Purposes of Oral Argument and to Confirm that Respondent Mother, as the only Party Seeking Affirmance, is Entitled to a Full Thirty Minutes of Oral Argument | 3. Denied |
| 191P14 | State v. Jonathan Donald Thompson | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1198) | Denied |